IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

LEE MADDEN, JR.
ADC #136534, et al.                                                                PLAINTIFFS

V.                       CASE NO.: 5:08CV00090 SWW/BD

STEVE JACKSON, et al.                                                              DEFENDANTS

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiffs' complaint (docket entry #2) is dismissed and Separate Plaintiff Madden's application to proceed in forma pauperis (#1) is DENIED as moot.

IT IS SO ORDERED, this 29th day of April 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE